IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Saldi, Fara | Case Number: 04 B 17201 |
| Saldi, Carlo F | Judge: Hollis, Pamela S |
| Printed: 6/24/08 | Filed: 5/3/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: May 30, 2008
Confirmed: July 19, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 17,590.70 | |
| Secured: | | 0.00 |
| Unsecured: | | 14,680.97 |
| Priority: | | 0.00 |
| Administrative: | | 1,714.40 |
| Trustee Fee: | | 900.63 |
| Other Funds: | | 294.70 |
| Totals: | 17,590.70 | 17,590.70 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 1,714.40 | 1,714.40 |
| 2. | Greater Chicago Finance | Secured | 0.00 | 0.00 |
| 3. | Greater Chicago Finance | Unsecured | 0.00 | 0.00 |
| 4. | Charter One Bank | Unsecured | 2,775.01 | 14,680.97 |
| 5. | Daniel M Kruss | Unsecured | | No Claim Filed |
| 6. | Malcolm S Gerald & Assoc | Unsecured | | No Claim Filed |
| 7. | Heller & Frisone Ltd | Unsecured | | No Claim Filed |
| 8. | Merchant Credit Guide | Unsecured | | No Claim Filed |
| 9. | Malcolm S Gerald & Assoc | Unsecured | | No Claim Filed |
| 10. | University Pathologists PC | Unsecured | | No Claim Filed |
| | | | $ 4,489.41 | $ 16,395.37 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 35.39 |
| 6.5% | 230.36 |
| 3% | 33.15 |
| 5.5% | 177.62 |
| 5% | 55.25 |
| 4.8% | 106.07 |
| 5.4% | 262.79 |
| | $ 900.63 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Saldi, Fara
Saldi, Carlo F
Printed:  6/24/08

Case Number:  04 B 17201
Judge:  Hollis, Pamela S
Filed:  5/3/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

